UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| PNC BANK, NA,<br><br>    Plaintiff(s),<br><br>v.<br><br>KEY DOT COMPANY, LLC and JASON KNAPP,<br><br>    Defendant(s). | Case No. 25-cv-10361<br><br>Honorable Robert J. White |

**ORDER FOR ADMINISTRATIVE CLOSING DUE TO BANKRUPTCY AS TO DEFENDANT JASON KNAPP ONLY**

    Plaintiff, PNC Bank, National Association having filed its Notice of Bankruptcy Filing and Request for Administrative Closing Due to Bankruptcy Stay as to Defendant Jason Knapp only (ECF No. 11); and,

    It appearing that Defendant Jason Knapp filed a petition for relief under chapter 7 of the Bankruptcy Code on March 14, 2025, being United States Bankruptcy Court for the Eastern District of Michigan Case No. 25-42597-lsg; and,

    As a result of the foregoing, the automatic stay of proceedings set forth in 11 U.S.C. §362 went into effect as to Defendant Jason Knapp only upon the filing of the petition for relief, and the Court being fully informed.

NOW, THEREFORE, IT IS ORDERED:

1. This matter is administratively closed without prejudice as to Defendant Jason Knapp only.

2. Plaintiff shall be enabled to move for the reopening of this matter as to Defendant Jason Knapp once the automatic stay has been removed.

3. This Order shall not constitute a determination on the merits.

SO ORDERED.

Dated: April 8, 2025                          s/Robert J. White
                                              Robert J. White
                                              United States District Judge